UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, N.Y. 10278-0001

CHAMBERS OF
Jennifer Choe-Groves
Judge

October 2, 2026

**Via CM/ECF**

Re: KG Dongbu Steel Co., Ltd. v. United States
Court No. 26-03529

Dear Counsel:

The above-captioned matter has been assigned to this Chambers. USCIT Rule 56.2(a) requires the Court to issue a scheduling order after receiving the Parties' joint status report and proposed briefing schedule.

Accordingly, the Parties shall confer and file, by no later than November 2, 2026, a joint status report and an agreed-upon proposed briefing schedule. When proposing the joint briefing schedule, the Court encourages the Parties to carefully consider their competing commitments and to propose realistic dates that they should be able to meet. While the Court will consider timely extension requests based on a showing of good cause, the Parties should seek to limit the need for extensions to short periods to address unexpected conflicts.

Any motion seeking an extension of time must be submitted at least three (3) days before the scheduled deadline. The original deadline remains in effect until the submitted motion for an extension has been decided by the Court.

If the Parties are unable to agree upon a proposed joint briefing schedule, then each party shall file a status report by November 2, 2026, and contact my Case Manager, Steve Taronji, by telephone at (212) 264-1611 or via e-mail at steve_taronji@cit.uscourts.gov to arrange a video conference with the Court.

Sample forms are available on the U.S. Court of International Trade's website at: http://www.cit.uscourts.gov/Rules/Index_Rules_Forms.html. Parties should familiarize themselves with the Chambers Procedures and Standing Orders available on the Chambers webpage, available at: https://www.cit.uscourts.gov/content/judge-jennifer-choe-groves.

Please be advised that the Court will be available to assist in settlement negotiations if the likelihood of settlement warrants this use of judicial resources.

Thank you for your assistance and cooperation.

Very truly yours,

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Cc: Steve Taronji
For Docketing

Counsel of Record